**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ANNA ROSS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 1:24-00110-JB-N** |
| | ) | |
| **LOWE'S HOME CENTERS, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT

In accordance with the Order entered April 14, 2025 (Doc. 50), it is **ORDERED, ADJUDGED**,

and **DECREED** that this action is **DISMISSED** with prejudice.

**DONE and ORDERED** this 14th day of April, 2025.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE